**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA** **SEALED**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **MAG. NO. 24-mj-49** |
| **v.** | * | **DUTY MAGISTRATE** |
| **JOSEPH MILLER** | * | |

* * *

**MOTION TO SEAL COMPLAINT**

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Assistant United States Attorney, who respectfully requests that the Court **SEAL** the Complaint and Affidavit in Support of Complaint , in the above-captioned matter for the following reason:

Public knowledge of the ongoing investigation into Joseph Miller may alert members of the public, including Miller himself, who may flee the jurisdiction and attempt to obstruct justice by destroying evidence or tampering with witnesses.

Therefore, a sealed complaint will protect the integrity of the ongoing investigation.

**WHEREFORE**, the United States requests that the Court **SEAL** the Complaint and Affidavit in Support of Complaint in the above-captioned matter, as well as this Motion and Order to Seal, with the exception that the United States Attorney's Office and the Bureau of Alcohol, Tobacco, Firearms and Explosives receive copies of the Complaint and Affidavit in Support of Complaint.

*The undersigned Assistant United States Attorney certifies that he electronically signed this Motion to Seal.*

New Orleans, Louisiana this 9th day of April.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*/s/ David Berman*

DAVID M. BERMAN
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone No.: (504) 680-3052
Email: david.berman@usdoj.gov