**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

SEALED

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **MAG. NO.** 24-mj-49 |
| **v.** | * | **DUTY MAGISTRATE** |
| **JOSEPH MILLER** | * | |

* * *

**ORDER**

Considering the foregoing, *Motion to Seal Complaint* filed by the Government;

**IT IS HEREBY ORDERED** that the Complaint, Affidavit in Support of Complaint, and the Motion and Order to Seal in the above matter be SEALED.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order, the Complaint, and Affidavit in Support of Complaint to the U.S. Attorney's Office and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

New Orleans, Louisiana, this 10th day of April, 2024.

HONORABLE MICHAEL B. NORTH
CHIEF UNITED STATES MAGISTRATE JUDGE